

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:  01-14-00219-CV

Trial Court Cause
Number:  2013-01555J

Style:  In the Interest of C. R. M., A. L. T., and L. N. T., Children


Date motion filed[*]:  September 18, 2014

Type of motion:  Motion to Withdraw

Party filing motion:  Appellant's Counsel, Donald M. Crane

Document to be filed:  n/a

Is appeal accelerated? X YES  ☐ NO

Ordered that motion is:

☑ Granted

If document is to be filed, document due:

☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____


Judge's signature: /s/ Evelyn v. Keyes
          Acting individually


Date:  November 4, 2014